OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

02 1R                  **$ 00.26⁵**
0006557458          OCT 31 2014
MAILED FROM ZIP CODE 78701

10/29/2014

PHIFER, KEVIN LEE        Tr. Ct. No. W03-57067-P (A)        WR-82,351-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

(RTS) - REL
UNABLE TO
LOCATE W/O
TDCJ #
ANK  NSN  REF NOU

KEVIN LEE PHIFER
SMITH UNIT - TDC.# 1311767
1313 COUNTY ROAD 19
LA MESA, TX 79331-1898